**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Cases Listed in Exhibit A* | | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other: All Plaintiffs' claims have been fully resolved.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b). This Stipulation applies to all cases identified in Exhibit A.

Dated: February 26, 2025          Respectfully submitted,

/s/ Trevor B. Rockstad
Trevor B. Rockstad; MS Bar No. 103614
Davis & Crump, P.C.
2601 14th Street
Gulfport, Mississippi 39501
(228) 863-6000
trevor.rockstad@daviscrump.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Trevor B. Rockstad

# EXHIBIT A

| Case Number | Plaintiff Name |
| --- | --- |
| 2:17-cv-15405 | Allain, Cheryl |
| 2:18-cv-11769 | Ames, Annie |
| 2:17-cv-15885 | Anteola, Magaly |
| 2:17-cv-15203 | Araiza, Lili |
| 2:19-cv-12912 | Arce, Elizabeth |
| 2:19-cv-13867 | Arena, Carol |
| 2:17-cv-5626 | Avellar, Ruth |
| 2:18-cv-01668 | Azarcon, Norma |
| 2:18-cv-08087 | Basquez, Herlinda |
| 2:17-cv-2254 | Bass, Carol |
| 2:17-cv-15242 | Benenate, Mary |
| 2:17-cv-13391 | Bennett, Deborah |
| 2:17-cv-15343 | Bennett, Carolyn |
| 2:18-cv-11300 | Berry-Hagood, Keah |
| 2:17-cv-16744 | Blevins, Shelden |
| 2:17-cv-6646 | Bluestein, Helaine |
| 2:18-cv-11050 | Bookhart, Portia |
| 2:18-cv-11218 | Booth, Nancy |
| 2:17-cv-15282 | Boudreaux, Jean |
| 2:18-cv-00519 | Bourgeois, Sidney |
| 2:18-cv-11296 | Boyd, Karen |
| 2:18-cv-11217 | Briggs, Barbara |
| 2:18-cv-04327 | Broady, Sharon |
| 2:17-cv-13559 | Brooks, Bunny |
| 2:17-cv-12883 | Brough, Margaret |
| 2:18-cv-11048 | Bryson, Carol |
| 2:17-cv-15364 | Cagas, Juliet |
| 2:17-cv-14889 | Carr, Margaret |
| 2:17-cv-15095 | Carter, Luella |
| 2:18-cv-02860 | Casaus, Nantri |
| 2:18-cv-11512 | Cassady, Brenda |
| 2:17-cv-13422 | Castano, Vivian |
| 2:17-cv-17150 | Caulker, Tara |
| 2:19-cv-06089 | Clark, Carol |

| | |
|---|---|
| 2:17-cv-13562 | Clay, Beverly |
| 2:20-cv-00527 | Cole, Mari |
| 2:17-cv-12531 | Coles, Gail |
| 2:18-cv-02093 | Combs, Devolia |
| 2:18-cv-00525 | Consonary, Jacqueline |
| 2:17-cv-16472 | Cowan, Jennifer |
| 2:18-cv-02859 | Crisp, Renee |
| 2:17-cv-16738 | Cruel, Sonya |
| 2:17-cv-13381 | Davis, Susan |
| 2:17-cv-16496 | Devera, Iris |
| 2:18-cv-00186 | Devine, Cathy |
| 2:18-cv-01990 | Dixon, Catherine |
| 2:20-cv-02219 | Dixon, Martha |
| 2:18-cv-11219 | Duart, Miriam |
| 2:17-cv-16670 | Dudik, Carol |
| 2:19-cv-00806 | Elam, Yvette |
| 2:17-cv-14970 | Eustache-Garner, Natasha |
| 2:17-cv-16481 | Evans, Nancy |
| 2:17-cv-16470 | Featherstone, Jasmine |
| 2:17-cv-14555 | Fink, Joyce |
| 2:17-cv-13609 | Flambo, Marshal |
| 2:17-cv-13415 | Follette, Pearl |
| 2:17-cv-3105 | Ford, Marilyn |
| 2:18-cv-05274 | Foster, Laurette |
| 2:17-cv-4811 | Francois, Michelle |
| 2:17-cv-16678 | Frost, Leticia |
| 2:17-cv-15264 | Fulmer, Darlene |
| 2:18-cv-01798 | Garcia, Beatrice |
| 2:17-cv-13617 | Gardner, Gloria |
| 2:18-cv-11012 | Geline, Deborah |
| 2:17-cv-10148 | Gerg, Delores |
| 2:18-cv-11112 | Gipson, Tina |
| 2:17-cv-16512 | Goforth, Linda |
| 2:17-cv-12881 | Gordon, Martha |
| 2:18-cv-05506 | Gray, Dana |
| 2:17-cv-15871 | Green, Olivia |
| 2:17-cv-3638 | Gunn, Diane |
| 2:19-cv-12275 | Hames, Dodie |
| 2:17-cv-16801 | Harris, Shirley |

| | |
|---|---|
| 2:17-cv-4945 | Henderson, Alicia |
| 2:20-cv-00355 | Herring, Katherine |
| 2:17-cv-14849 | Holt, Billie |
| 2:18-cv-11298 | Holt, Tammy |
| 2:17-cv-3084 | Howard, Billye |
| 2:21-cv-01619 | Huggins, Stacie |
| 2:17-cv-14779 | Hukill, Velda |
| 2:20-cv-01784 | Hurd, Baby Fay |
| 2:18-cv-07288 | Hutchison, Deborah |
| 2:18-cv-7846 | Irving, Kimieco |
| 2:17-cv-15281 | Jackson, Jenny |
| 2:17-cv-6719 | James, Marilyn |
| 2:17-cv-16635 | Jenkins, Pauline |
| 2:18-cv-03669 | Johns, Ida |
| 2:18-cv-11294 | Johnson, Rona |
| 2:18-cv-1175 | Jones, Rubbie |
| 2:18-cv-11817 | Jones, Lisa |
| 2:17-cv-15273 | Jones, Sharon |
| 2:18-cv-11013 | Keaton, Katherine |
| 2:18-cv-06039 | Keaton, Annie |
| 2:17-cv-15146 | Kenreich, Elizabeth |
| 2:20-cv-00163 | Kershaw, Lou |
| 2:18-cv-01669 | King, Sharon |
| 2:18-cv-11091 | Kolodny, Eileen |
| 2:18-cv-11214 | Kuper, Milagros |
| 2:17-cv-13499 | Landin, Sandra |
| 2:18-cv-01803 | Laracuente-Gonzales, Andreita |
| 2:18-cv-11960 | Lebkuchner, Joan |
| 2:17-cv-6826 | Lee, Felicia |
| 2:17-cv-14539 | Lefler, Karin |
| 2:18-cv-00523 | Lefrois, Patricia |
| 2:17-cv-13420 | Ley, Mary Jo |
| 2:18-cv-01931 | Lipsey Harvey, Ella |
| 2:17-cv-16777 | Lynch, Lorain |
| 2:19-cv-02370 | Lynch, Linda |
| 2:18-cv-11745 | Malone, Tracy |
| 2:18-cv-01796 | Mann, Deanne |
| 2:17-cv-16490 | Mapel, Susan |
| 2:18-cv-12214 | Matthews, Gwendolyn |

| | |
|---|---|
| 2:18-cv-12210 | May, Frances |
| 2:18-cv-11080 | Mcbeth, Lola |
| 2:19-cv-06144 | Mccarty, Benita |
| 2:17-cv-14576 | Mcdade-Moore, Barbie |
| 2:20-cv-01478 | Mcgregor, Patricia |
| 2:18-cv-11515 | Mech, Veronica |
| 2:18-cv-07278 | Medeiros, Donna |
| 2:18-cv-11105 | Miller, Pamela |
| 2:18-cv-01802 | Mitchell, Debra |
| 2:17-cv-15225 | Mitchell, Renee |
| 2:18-cv-11284 | Montgomery, Judith |
| 2:20-cv-02723 | Montgomery, Paula |
| 2:17-cv-13401 | Morrow-Siebenaler, Janice |
| 2:18-cv-11066 | Nance, Wanda |
| 2:17-cv-14572 | Nicod, Colette |
| 2:18-cv-05478 | O'brien, Teresa |
| 2:18-cv-05001 | Odom, Samantha |
| 2:17-cv-15052 | Owen, Mary |
| 2:17-cv-14591 | Page, Juanita |
| 2:18-cv-11928 | Palmer, Joyce |
| 2:17-cv-13522 | Parker, Bonnie |
| 2:17-cv-16476 | Paulsen, Debra |
| 2:17-cv-5488 | Paxton, Alice |
| 2:18-cv-11365 | Pearcey, Jeanie |
| 2:17-cv-9276 | Perry, Patricia |
| 2:18-cv-11293 | Phillips, Cynthia |
| 2:17-cv-14022 | Pico, Diane |
| 2:17-cv-15276 | Pittman, Eula |
| 2:17-cv-15393 | Pope, Mattie |
| 2:18-cv-11505 | Quick, Bessie |
| 2:19-cv-06111 | Reed, Augustine |
| 2:19-cv-13834 | Rehling, Orley |
| 2:19-cv-00107 | Reiss, Melissa |
| 2:18-cv-02858 | Revolorio, Maria |
| 2:18-cv-05493 | Reynolds, Barbara |
| 2:17-cv-15278 | Rice, Idell |
| 2:17-cv-13073 | Ritchie, Brenda |
| 2:18-cv-11981 | Robinson, Ingrid |
| 2:18-cv-11053 | Rodalico, Josephine |

| | |
|---|---|
| 2:17-cv-16813 | Rodriguez, Rachelle |
| 2:18-cv-11358 | Rush, Patricia |
| 2:17-cv-15269 | Russell, Karen |
| 2:18-cv-11073 | Ryan, Madeleine |
| 2:18-cv-01608 | Sabo, Linda |
| 2:19-cv-09632 | Sammis, Ashley |
| 2:17-cv-2270 | Santoro, Leigh |
| 2:18-cv-05843 | Schulte, Nancy |
| 2:18-cv-11766 | Sewell, Helen |
| 2:17-cv-16890 | Skinner, Arlene |
| 2:17-cv-12227 | Slaughter, Vivian |
| 2:17-cv-16766 | Smith, Beverly |
| 2:18-cv-13128 | Smith, Bobbie |
| 2:18-cv-02408 | Smith-Williams, Patricia |
| 2:17-cv-16648 | Solis, Raquel |
| 2:18-cv-03624 | Souvannavong, Tae |
| 2:17-cv-14042 | St. John, Judith |
| 2:19-cv-12421 | Staples, Mary Jean |
| 2:17-cv-15159 | Stella, Roberta |
| 2:17-cv-15383 | Stevens, Sandra |
| 2:17-cv-16000 | Stiver, Angela |
| 2:17-cv-14878 | Stout, Sue |
| 2:18-cv-11299 | Taylor, Carolyn |
| 2:19-cv-12930 | Taylor, Nancy |
| 2:21-cv-00206 | Taylor, Judy |
| 2:18-cv-11102 | Tellington, Janice |
| 2:17-cv-13982 | Thayer, Lynn |
| 2:17-cv-16520 | Thomas, Brenda |
| 2:17-cv-14543 | Thomas, Helen |
| 2:18-cv-11011 | Thomas, Ingrid |
| 2:17-cv-15024 | Thompson, Gloria |
| 2:18-cv-11547 | Thorn, Lanisha |
| 2:17-cv-13383 | Uban, Felomina |
| 2:17-cv-13115 | Urquhart, Cynthia |
| 2:17-cv-14664 | Vargas, Anita |
| 2:17-cv-14597 | Verdin, Katherine |
| 2:18-cv-04739 | Viola, Kirie |
| 2:18-cv-09118 | Vollentine, Donna |
| 2:18-cv-05982 | Walker Osborne, Barbara |

| | |
|---|---|
| 2:17-cv-14874 | Wallace, Margery |
| 2:17-cv-4954 | Wallis, June |
| 2:18-cv-11362 | Ward, Betty |
| 2:17-cv-6917 | Ward, Delores |
| 2:18-cv-04737 | Watson, Carol |
| 2:18-cv-11301 | Whalum, Daisy |
| 2:18-cv-11302 | Williams, Jeanelle |
| 2:18-cv-01606 | Williams, Ester |
| 2:18-cv-00521 | Williams, Corliss |
| 2:19-cv-11284 | Willis, Brenda |
| 2:17-cv-14653 | Wilson, Jacqueline |
| 2:17-cv-6721 | Wilson, Frankie |
| 2:17-cv-13416 | Woolridge, Stefani |
| 2:19-cv-00808 | Yaro, Sharon |
| 2:18-cv-00520 | Yelton, Claudia |
| 2:17-cv-6230 | Yoder, Dana |
| 2:19-cv-12103 | Young, Olga |
| 2:18-cv-11976 | Zgoda-Gillespie, Sharon |